FILED
2019 AUG 28 PM 2:35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HUGO GERARDO VAZQUEZ,<br><br>　　　　Defendant. | No. **8:19-cr-00149 JVS**<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about June 27, 2018, in Orange County, within the Central District of California, defendant HUGO GERARDO VAZQUEZ knowingly possessed a Windows Cyber Power PC, model C series computer, with serial number SC3000-416652, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video titled "(pthc) Vicky - cum compilation with janesa, alina, alegre - 10m(2).mpg," which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and

foreign commerce by any means, including by computer, knowing that the images were child pornography.

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief
Santa Ana Branch Office

BENJAMIN D. LICHTMAN
Assistant United States Attorney
Santa Ana Branch Office